UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TINA M. TRACY,

      Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

Case No. 2:14-cv-1603
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

# ORDER

This matter is before the Court for consideration of the Magistrate July 17, 2015 Report and Recommendation ("R&R") (ECF No. 19).  In that filing, the Magistrate Judge considered the administrative record (ECF No. 11), Plaintiff's statement of specific errors (ECF No. 12), and the Commissioner of Social Security's ("Commissioner") response in opposition (ECF No. 17). The Magistrate Judge recommended that the Court sustain Plaintiff's statement of specific errors to the extent that the case be remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four.

The R&R advised the parties that, if any party sought review by the District Judge, that party may file objections to the R&R within fourteen (14) days.  (ECF No. 19, at 14.)  The R&R further advised the parties that the failure to object within fourteen days will "result in a waiver of the right to have the district judge review the Report & Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report

1

and Recommendation." (*Id*. at 14–15 (citing *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981)).)

The Court has reviewed the R&R. Noting that no objections have been filed, and that the time for filing such objections has expired, the Court hereby **ADOPTS AND AFFIRMS** the R&R (ECF No. 19) and **ORDERS** that this case be remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four. The Clerk is **DIRECTED** to enter judgment accordingly and terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

**IT IS SO ORDERED**.

> **/s/ Gregory L. Frost**
> **GREGORY L. FROST**
> **UNITED STATES DISTRICT JUDGE**